*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  August 13, 2015                    520030
_____

In the Matter of RONALD BAEZ,
                    Petitioner,

          v                                    MEMORANDUM AND JUDGMENT

JOSEPH BELLNIER, as Deputy
    Commissioner of Correctional
    Facilities, et al.,
                    Respondents.
_____

Calendar Date:   June 8, 2015

Before:   Garry, J.P., Egan Jr., Devine and Clark, JJ.

                    _____

          Ronald Baez, Pine City, petitioner pro se.

          Eric T. Schneiderman, Attorney General, Albany (Peter H. Schiff of counsel), for respondents.

                    _____

          Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Chemung County) to review a determination of respondent Commissioner of Corrections and Community Supervision which found petitioner guilty of violating certain prison disciplinary rules.

          Based upon an investigation in which confidential information was received, correction officials learned that petitioner was involved in a plan to assault a correction officer.  As a result, he was charged in a misbehavior report with attempting to assault staff and engaging in violent conduct. Petitioner was found guilty of the charges following a tier III disciplinary hearing, and the determination was affirmed on administrative appeal with a modified penalty.  This CPLR article 78 proceeding followed.

We confirm.  The misbehavior report, testimony of the correction sergeant who conducted the investigation and confidential information considered by the Hearing Officer in camera provide substantial evidence supporting the determination of guilt (see Matter of Rossi v Fischer, 118 AD3d 1213, 1213 [2014]; Matter of Smythe v Fischer, 102 AD3d 1039, 1040 [2013]). Petitioner's remaining claims were not raised at the hearing and have not been preserved for our review (see Matter of Robinson v Annucci, 122 AD3d 981, 982 [2014]; Matter of Dizak v Prack, 120 AD3d 1472, 1473 [2014], lv denied 24 NY3d 916 [2015]).

Garry, J.P., Egan Jr., Devine and Clark, JJ., concur.


ADJUDGED that the determination is confirmed, without costs, and petition dismissed.




ENTER:

Robert D. Mayberger
Clerk of the Court